**Abatement Order filed October 22, 2019**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-19-00727-CV
_____

### AMERICAN WORKERS INSURANCE SERVICES, INC., ASSOCIATION HEALTH CARE MANAGEMENT, INC., Appellants

### V.

### INSURETY CAPITAL, LLC, Appellee

---

**On Appeal from the 215th District Court
Harris County, Texas
Trial Court Cause No. 2019-53545**

---

## ABATEMENT ORDER

Notice was filed on October 15, 2019 that appellant is in bankruptcy. Tex. R. App. P. 8.1. According to the notice, on October 14, 2019, appellants American Workers Insurance Services, Inc. and Association Health Care Management, Inc. petitioned for voluntary bankruptcy protection in the United States Bankruptcy Court for the Northern District of Texas under case number 19-44208-mxm11. A bankruptcy suspends the appeal from the date when the bankruptcy petition is filed

until the appellate court reinstates the appeal in accordance with federal law. Tex. R. App. P. 8.2. Accordingly, we **ORDER** the appeal abated.

When a case has been suspended by a bankruptcy filing, a party may move the appellate court to reinstate the appeal if permitted by federal law or the bankruptcy court. Tex. R. App. P. 8.3. If the bankruptcy court has lifted or terminated the stay, a certified copy of the order must be attached to the motion. *Id.* A party filing a motion to reinstate shall specify what further action, if any, is required from this court when the appeal is reinstated. *See* Tex. R. App. P. 10.1(a).

For administrative purposes only, and without surrendering jurisdiction, the appeal is abated and treated as a closed case until further order of this court.

PER CURIAM

Panel consists of Chief Justice Frost and Justices Wise and Hassan.